In re Seth ZIMMERMAN, Respondent.

A Member of the Bar of the District of Columbia Court of Appeals (Bar Registration No. 319566).

No. 06–BG–358.

District of Columbia Court of Appeals.

Submitted April 10, 2007.

Decided May 17, 2007.

Before GLICKMAN and KRAMER, Associate Judges, and STEADMAN, Senior Judge.

PER CURIAM:

The respondent, Seth Zimmerman, a member of our Bar, was convicted on his guilty plea of first-degree theft in violation of D.C.Code §§ 22–3211, 22–3212(a) (2001). As the Board on Professional Responsibility states in its Report and Recommendation, respondent's offense involves moral turpitude *per se, see In re Tillerson,* 878 A.2d 1186 (D.C.2005), and his disbarment is therefore mandatory under D.C.Code § 11–2503(a) (2001). Neither Bar Counsel nor respondent has disagreed. Accordingly, it is hereby,

ORDERED that Seth Zimmerman is disbarred from the practice of law in the District of Columbia, and his name shall be stricken from the roll of attorneys authorized to practice before this court. For the purposes of reinstatement, respondent's disbarment will run from the date that he files an affidavit which conforms to the requirements of D.C. Bar R. XI, § 14(g).

*So ordered.*

In re Seth ZIMMERMAN Bar Registration No. 319566.

No. 06–BG–358.

District of Columbia Court of Appeals.

June 11, 2007.

BEFORE: GLICKMAN and KRAMER, Associate Judges; and STEADMAN, Senior Judge.

**O R D E R**

PER CURIAM.

On consideration of Bar Counsel's motion of suggestion of death, and the certified copy of the District of Columbia, Department of Health, Certificate of Death, and it appearing that the respondent died on December 20, 2006, and it further appearing that the Court issued an opinion on May 17, 2007, disbarring respondent from the practice of law in the District of Columbia, it is

ORDERED that the opinion issued by the Court on May 17, 2007, and the decision to disbar respondent from the practice of law in the District of Columbia are hereby vacated.